Joseph T. Patterson III #07859-088
FCI-Berlin
P.O. Box 9000
Berlin, NH 03570

Retail

9589 0710 5270 1022 7828 96

U.S. POSTAGE PAID
FCM LG ENV
BERLIN, NH 03570
JUL 07, 2025
$0.00
RDC 99    S2324N500488-03
03301

07859-088
US District Court
Office OF Clerk
55 Pleasant ST
Concord, NH 03301-3941
United States

Legal Mail

Legal Mail