```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Joseph Ira Patterson, III

    v.                                                                       Case No. 25-cv-259-JL-AJ

FCI Berlin, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 9, 2026, and I decline to issue a certificate of appealability.

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: March 10, 2026

cc: Joseph Ira Patterson, III, pro se